IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 13-CR-30208-MJR |
| ) | |
| MARY LEE OWENS,   ) | |
| ) | |
| Defendant.   ) | |

# MEMORANDUM & ORDER ADOPTING REPORT
# &
# RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On June 26, 2014, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge.  Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to Count 1 of the one count indictment.  That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before July 14, 2014 (Doc. 23).

No objections were filed by either party prior to the deadline.  Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 23), ACCEPTS Defendant Owens' guilty plea, and ADJUDGES Defendant Owens guilty of the offenses set forth therein.  The Court DIRECTS that a presentence investigation be submitted by

the United States Probation Office, and CONFIRMS that sentencing remains set for October 3, 2014, at 11:00 a.m.

**IT IS SO ORDERED.**

**DATED:** **July 17, 2014**

*/s Michael J. Reagan*
**MICHAEL J. REAGAN**
United States District Judge